UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**KAUFMAN, SEMERARO, BERN, DEUTSCH & LEIBMAN, LLP**
Marc E. Leibman
1 Executive Drive
Suite L-15
Fort Lee, New Jersey 07024
(201) 947-8855
Attorney for Defendant Roberto Sanchez

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL |
| Plaintiff, | 12 CR 716 (DMC) |
| Vs. | CONSENT ORDER MODIFYING BAIL |
| Roberto Sanchez, | |
| Defendant | |

---

**THIS** matter having been opened to the Court via the instant Consent Order prepared by Marc E. Leibman, Esq., of Kaufman, Semeraro, Bern, Deutsch & Leibman, LLP attorneys for Roberto Sanchez for an Order modifying bail to permit the Defendant to move to 420 Fairmont Street in Manchester, New Hampshire on a date to be set by Pre-trial Services for the purposes of pursuing an employment opportunity, and continuing the defendant's release and Pre-Trial Services, having been notified of this application and having advised defense counsel that Pre-trial Services consents to the request, and United States Attorney, Paul Fishman, by Anthony Mahajan, Esq., Assistant United States Attorney, appearing, agreeing and consenting, and for good cause shown,

IT IS on this 11 day of Jan, 2013;

**ORDERED** as follows that the defendant's bail be modified so as to permit him to move to 420 Fairmont Street in Manchester, New Hampshire on a date to be set by Pre-trial Services for the purposes of pursuing an employment opportunity; and

**IT IS FURTHER ORDERED** that all other bail conditions and restrictions remain in full force and effect; and.

**IT IS FURTHER ORDERED** that the Defendant shall continue with any treatment recommendations imposed by Pretrial services; and

**IT IS FURTHER ORDERED** that should the Defendant's proposed employment **for** Kevin Perron (the owner of Besor Drywall at 9 Maddem Road in Berry, New Hampshire), change for any reason he shall immediately notify Pre-trial Services; and

**IT IS FURTHER ORDERED** that the Defendant may travel between New Hampshire and New Jersey with the consent of Pre-trial Services for the purposes of appearing in court, conferring with counsel and participating in his defense.

_____
Honorable Dennis M. Cavanaugh, USDJ